**Order filed September 11, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00355-CV
_____

## FATIMA ENTERPRISES, INC. D/B/A HWY 6 SHAMROCK AND SAEED SHAIKH, Appellants

## V.

## TARA ENERGY, LLC, Appellee

**On Appeal from the County Court at Law #4
Fort Bend County, Texas
Trial Court Cause No. 10-CCV-042684**

## O R D E R

Appellants' brief was due August 20, 2014. No brief or motion for extension of time has been filed.

Unless appellants file a brief with this court on or before **October 10, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM